# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PEOPLEREADY, INC.,

                              Plaintiff,

v.                                                    1:17-cv-12088-FDS

NAUSET CONSTRUCTION CORPORATION – and –
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                              Defendants.

## STIPULATION OF DISMISSAL

The Plaintiff, Peopleready, Inc., Defendant, Nauset Construction Corp., and Defendant Travelers Casualty and Surety Company of America, by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that the above-captioned matter, including all claims are dismissed, with prejudice, with each party to bear their own costs and attorneys' fees. All rights of appeal are waived.

Respectfully submitted,

**PEOPLEREADY, INC.,**

By its attorneys,

/s/ Christopher S. Tolley (s/ JJM with Permission)
Christopher S. Tolley
BBO No. 548180
Phillips & Angley
One Washington Mall
Boston, MA 02108
ctolley@phillips-angley.com

-and-

**NAUSET CONSTRUCTION CORPORATION – and – TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**

By their attorneys,

/s/ John J. McNamara
John J. McNamara
BBO No. 557882
Elise M. Kuehn
BBO No. 688829
Lane McNamara, LLP
257 Turnpike Road, Suite 240
Southborough, MA 01702
(508) 905-1010
jmcnamara@lanemcnamara.com
ekuehn@lanemcnamara.com

Dated: August 16, 2018

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**
**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 16th day of August, 2018.

/s/ John J. McNamara
John J. McNamara